UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members; and ZACH HILLESHEIM,<br><br>Plaintiffs,<br><br>v.<br><br>STAPLES & ROOZEN, L.L.C.,<br><br>Defendant. | Civil No. 15-2850 (JRT/TNL)<br><br>**ORDER** |

Paul R. Hansmeier, **CLASS JUSTICE PLLC,** 100 Fifth Street South, Suite 1900, Minneapolis, MN 55402, for plaintiffs.

Hannah G. Felix, Jessica Schwie, **JARDINE LOGAN & O'BRIEN PLLP,** 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55042, for defendant.

Pursuant to the Stipulation for Dismissal with Prejudice filed August 17, 2015 [Document No. 13],

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 20, 2015
at Minneapolis, Minnesota.

                                               s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court