# UNITED STATES DISTRICT COURT
## District of Minnesota

Disability Support Alliance, Zach Hillesheim

                          Plaintiff,

v.

Staples & Roozen, L.L.C.

                          Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-cv-2850 JRT/TNL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-captioned matter is hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to either party.

Date: August 20, 2015

                                                   RICHARD D. SLETTEN, CLERK

                                                   s/Katie Thompson
                         (By)              Katie Thompson, Deputy Clerk